**IT IS SO ORDERED.**

Dated: 02:12 PM April 12 2010

*Marilyn Shea-Stonum*
MARILYN SHEA-STONUM
U.S. Bankruptcy Judge

BK1002478
TJK

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT AKRON

| | |
|---|---|
| IN RE: | Case No. 10-50355 |
| Peter J. Kaiser<br>Sandra L. Kaiser | Chapter 7 |
| Debtors | Judge Shea-Stonum |
| | **ORDER FOR RELIEF FROM STAY AND ABANDONMENT**<br>**PROPERTY LOCATED AT (2461 11TH STREET, CUYAHOGA FALLS, OH 44221)** |

    This matter came to be considered on the Motion for Relief from Stay and Abandonment (the "Motion") filed by U.S. Bank, N.A. successor by merger to The Leader Mortgage Company, LLC successor by merger to The Leader Mortgage Company.

    Movant has alleged that good cause exists for granting the Motion and that Debtors, counsel for Debtors, The Trustee, and all other necessary parties were served with the Motion and with notice of the

1

hearing date of the Motion. No party filed a response or otherwise appeared in opposition to the Motion.

Based on this, it appears appropriate to grant the relief requested with respect to the property located at 2461 11th Street Cuyahoga Falls, OH 44221.

**IT IS THEREFORE ORDERED:**

1. The Motion is granted and the automatic stay imposed by §362 of the Bankruptcy Code is terminated with respect to Movant, its successors, and assigns.

2. The Trustee is authorized and directed to abandon such Collateral.

### 

**SUBMITTED BY:**

/s/ Ronald C Taylor
Ronald C Taylor, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Bar Registration No. 0083298
Romi T. Fox, Attorney
Bar Registration No. 0037174
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3472
(513) 354-6464 fax
nohbk@lsrlaw.com

Copies to:

Akron General Medical Center - Creditor
400 Wabash Ave
Akron, OH 44307
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Harold A. Corzin - Trustee
304 North Cleveland Massillon Road
Common Wealth Square
Akron, OH 44333
hcorzin@csu-law.com
VIA ELECTRONIC SERVICE

Peter J. Kaiser - Debtor
2461 11th St.
Cuyahoga Falls, OH 44221
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Sandra L. Kaiser - Debtor
2461 11th St.
Cuyahoga Falls, OH 44221
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Office of the U.S. Trustee
Howard Metzenbaum, U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov
VIA ELECTRONIC SERVICE

Jaime-Lyn Poh, Esq. - Attorney for Debtors
50 South Main St Ste 800
Akron, OH 44308
jpoh@communitylegalaid.org
VIA ELECTRONIC SERVICE

Ronald C Taylor, Esq. - Attorney for Movant
PO Box 5480
Cincinnati, OH 45201-5480
nohbk@lsrlaw.com
VIA ELECTRONIC SERVICE